# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

SHANE HARDYMAN,

      Plaintiff,

vs.                                                   Case No.: 2:14-cv-2011
                                                     JUDGE SMITH
                                                     Magistrate Judge Abel

LISA BETHEL, HCA, *et al.*,

      Defendants.

## ORDER

On November 19, 2014, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Complaint be dismissed.  (*See Report and Recommendation*, Doc. 7).  The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Plaintiff's Complaint fails to state a claim against Defendant Lisa Bethel and fails to provide Defendant Dr. Green with fair notice of the claim pleaded against him.  Further, the Ohio Department of Rehabilitation and Correction is immune from suit.  Accordingly, Plaintiff's Complaint his hereby **DISMISSED**.

The Clerk shall remove Document 7 from the Court's pending motions list.

The Clerk shall terminate this case.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**